# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 203 MAL 2015
:
           Respondent : 
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court
     v. :
:
:
:
JOHN L. COOPER, JR., :
:
           Petitioner :


COMMONWEALTH OF PENNSYLVANIA, : No. 204 MAL 2015
:
           Respondent :
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court
     v. :
:
:
:
:
JOHN L. COOPER, JR., :
:
           Petitioner :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 19th day of August, 2015, the Petition for Allowance of Appeal is **DENIED**.